

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-13-00119-CV**

JACK BREWER AND ZOE                                                       APPELLANTS
BREWER

V.

GREEN LIZARD HOLDINGS, L.L.C.                                              APPELLEE

------------

FROM COUNTY COURT AT LAW NO. 2 OF DENTON COUNTY

------------

## ORDER

-----------

The court has been notified that a petition for bankruptcy has been filed by Zoe Ann Brewer on April 8, 2013, in the United States Bankruptcy Court, Eastern District of Texas, Cause No. 13-40898. Accordingly, this appeal is suspended. *See* Tex. R. App. P. 8.2.

For administrative purposes, this cause is **STAYED** and will be treated as a closed case. It may be reinstated on prompt motion by any party pursuant to

rule 8.3(a). *See* Tex. R. App. P. 8.3(a). Such motion shall also specify what further action, if any, is required from this court upon reinstatement of the appeal.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court judge, and the trial court clerk.

DATED April 9, 2013.

PER CURIAM